CHRISTOPHER DRAKE LAMOUREUX, KEITH WARREN JOHNSON and WILLIAM ARNOLD KITCHEN, Appellants, v. SHERIFF OF WASHOE COUNTY, NEVADA, Respondent.

No. 5762

January 24, 1969      449 P.2d 471

---

Appeal dismissed March 31, 1969]

*Samuel Francovich* and *Springer & Newton,* of Reno, for Appellants.

*Harvey Dickerson,* Attorney General, State of Nevada, *William Raggio,* District Attorney, and *Virgil D. Dutt,* Deputy District Attorney, Washoe County, for Respondent.

**OPINION**

*Per Curiam:*

This is an appeal from denial of a pre-trial petition for writ of habeas corpus in the Second Judicial District Court of the State of Nevada. The sole issue on appeal is sufficiency of the evidence presented before the grand jury to support the indictment charging appellants with possession of narcotics. The transcript of the grand jury proceedings is not before this court, nor are we able to ascertain that it was designated as a part of the record on appeal. We are therefore wholly unable to decide the issues presented.

The order denying the application for a writ of habeas corpus is affirmed.